

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MUSTAFA ALI | : CIVIL ACTION |
| v. | : |
| MICHAEL D. OVERMYER, THE DISTRICT ATTORNEY OF THE COUNTY OF PHILADELPHIA and THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA | : <br> : <br> : <br> : <br> : NO. 18-1074 |

**FILED**

APR 15 2019

KATE BARKMAN, Clerk
By_____Dep. Clerk

## ORDER

**NOW**, this 15th day of April, 2019, upon consideration of the Petition Under 28 U.S.C. § 2254 for Writ of *Habeas Corpus* By a Person in State Custody (Document No. 1), the Response to Petition for Writ of *Habeas Corpus*, and the Report and Recommendation filed by United States Magistrate Judge Marilyn Heffley (Document No. 20), and no objections to the Report and Recommendation having been filed, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Marilyn Heffley is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of *Habeas Corpus* is **DENIED**; and,

3. There is no probable cause to issue a certificate of appealability.

_____
TIMOTHY J. SAVAGE, J.