**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MUSTAFA ALI** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **MICHAEL D. OVERMYER, THE DISTRICT** | : | |
| **ATTORNEY OF THE COUNTY OF** | : | |
| **PHILADELPHIA and THE ATTORNEY** | : | |
| **GENERAL OF THE STATE** | : | |
| **OF PENNSYLVANIA** | : | **NO. 18-1074** |

## <u>AMENDED ORDER</u>

**NOW**, this 16th day of April, 2019, upon consideration of the Petition Under 28 U.S.C. § 2254 for Writ of *Habeas Corpus* By a Person in State Custody (Document No. 1), the Response to Petition for Writ of *Habeas Corpus*, the Report and Recommendation filed by United States Magistrate Judge Marilyn Heffley (Document No. 20) , and the petitioner's objections to the Report and Recommendation (Document No. 22), and after a thorough and independent review of the record, it is **ORDERED** that this Court's Order of April 15, 2019 is **AMENDED** as follows:

1.  The petitioner's objections are **OVERRULED**;

2.  The Report and Recommendation of Magistrate Judge Marilyn Heffley is **APPROVED** and **ADOPTED**;

3.  The Petition for Writ of *Habeas Corpus* is **DENIED**; and,

4.  There is no probable cause to issue a certificate of appealability.


/s/TIMOTHY J. SAVAGE